UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 2, 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | Grand Jury Original |
| v. | : | |
| | : | Violations: |
| GEORGE ABRAHAM, | : | 18 U.S.C. § 1001 |
| Defendant. | : | (Making a False Statement) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### Introduction

At all times relevant to this Indictment:

1. Defendant **GEORGE ABRAHAM** was employed by various companies, including Kroll Government Services ("KGS" or "Kroll"), ManTech International Corporation ("ManTech"), and Systems Application & Technologies, Inc. ("SA-TECH"), as an investigator under contract to conduct background investigations on behalf of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government located in Washington, D.C.

2. OPM's Federal Investigative Services Division ("FISD"), formerly known as the Center for Federal Investigative Services, was responsible for conducting background investigations for numerous federal agencies and their contractors. OPM-FISD had an investigator workforce comprised of federal agents employed by OPM-FISD and investigators

employed by various companies, such as Kroll, ManTech, and SA-TECH, under contract with OPM-FISD to conduct background investigations. OPM-FISD conducted background investigations of individuals who were either employed by or seeking employment with federal agencies or government contractors. The purpose of the background investigations was to determine individuals' suitability for positions having access to classified information, for positions impacting national security, and for receiving or retaining security clearances.

3.   In conducting these background investigations, contract investigators would conduct interviews of individuals who had information about the person who was the subject of the background investigation. In addition, contract investigators would seek out, obtain, and review documentary evidence, such as employment records, to verify and corroborate information provided by either the subject of the background investigation or by persons interviewed during the investigation. After conducting interviews and obtaining documentary evidence, contract investigators would prepare a Report of Investigation ("ROI"), containing the results of the interviews and records reviews, and would electronically submit the ROI to OPM in Washington, D.C. OPM would then provide a copy of the investigative file to the requesting agency and maintain a copy in its records system.

4.   The ROI containing the results of the interviews and records reviews conducted during a background investigation was utilized and relied upon by the agency requesting the background investigation to determine whether the subject of the investigation was suitable for a position having access to classified information, for a position impacting national security, or for receiving or retaining security clearance.

## COUNT 1
## Making a False Statement

5. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

6. On or about May 7, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of A.P., defendant **ABRAHAM** stated that he had interviewed J.T. about A.P., when, in truth and in fact, defendant **ABRAHAM** had not interviewed J.T. about A.P.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 2
## Making a False Statement

7. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

8. On or about June 11, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of M.R., defendant **ABRAHAM** stated that he had interviewed C.B. about M.R., when, in truth and in fact, defendant **ABRAHAM** had not interviewed C.B. about M.R.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 3
### Making a False Statement

9. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

10. On or about June 21, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of K.S., defendant **ABRAHAM** stated that he had interviewed R.H. about K.S., when, in truth and in fact, defendant **ABRAHAM** had not interviewed R.H. about K.S.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 4
### Making a False Statement

11. The allegations contained in paragraphs one through four of this indictment are incorporated herein by reference as if stated in full.

12. On or about July 25, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of M.I., defendant **ABRAHAM** stated that he had reviewed records provided by G.T., when, in truth and in fact, defendant **ABRAHAM** had not received any records from G.T.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 5
## Making a False Statement

13. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

14. On or about November 13, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of J.T., defendant **ABRAHAM** stated the following:

    a. that he had interviewed J.S. about J.T., when, in truth and in fact, defendant **ABRAHAM** had not interviewed J.S. about J.T.;

    b. that he had interviewed A.L. about J.T., when, in truth and in fact, defendant **ABRAHAM** had not interviewed A.L. about J.T.

    c. that he had reviewed records provided by E.M., when in truth and in fact, defendant **ABRAHAM** had not received any records from E.M.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 6
## Making a False Statement

15. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

16. On or about December 4, 2005, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious,

and fraudulent statement and representation, in that in a ROI of a background investigation of S.F., defendant **ABRAHAM** stated that he had interviewed E.J. about S.F., when, in truth and in fact, defendant **ABRAHAM** had not interviewed E.J. about S.F.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

### COUNT 7
### Making a False Statement

17. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

18. On or about February 8, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of B.B., defendant **ABRAHAM** stated that he had interviewed S.W. about B.B., when, in truth and in fact, defendant **ABRAHAM** had not interviewed S.W. about B.B.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

### COUNT 8
### Making a False Statement

19. The allegations contained in paragraphs one through four of this indictment are incorporated herein by reference as if stated in full.

20. On or about February 16, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of

R.T., defendant **ABRAHAM** stated that the Merrillville Police Department had no records pertaining to R.T., when, in truth and in fact, the Merrillville Police Department possessed records pertaining to R.T.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 9
## Making a False Statement

21. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

22. On or about February 23, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of K.A., defendant **ABRAHAM** stated that he had interviewed W.J. about K.A., when, in truth and in fact, defendant **ABRAHAM** had not interviewed W.J. about K.A.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

## COUNT 10
## Making a False Statement

23. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

24. On or about February 23, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of

M.P., defendant **ABRAHAM** stated that he had interviewed B.M. about M.P., when, in truth and in fact, defendant **ABRAHAM** had not interviewed B.M. (a.k.a. M.M.) about M.P.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

### COUNT 11
### Making a False Statement

25. The allegations contained in paragraphs one through four of this indictment are incorporated herein by reference as if stated in full.

26. On or about March 5, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of T.M., defendant **ABRAHAM** stated the following:

    a.    that he had interviewed F.B. about T.M., when, in truth and in fact, defendant **ABRAHAM** had not interviewed F.B. about T.M.;

    b.    that he had interviewed J.B. about T.M., when, in truth and in fact, defendant **ABRAHAM** had not interviewed J.B. about T.M.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

### COUNT 12
### Making a False Statement

27. The allegations contained in paragraphs one through four of this Indictment are incorporated herein by reference as if stated in full.

28. On or about March 16, 2006, in the District of Columbia and elsewhere, defendant **ABRAHAM**, in a matter within the jurisdiction of the executive branch of the government of the

United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a ROI of a background investigation of R.M., defendant **ABRAHAM** stated that he had interviewed S.B. about R.M., when, in truth and in fact, defendant **ABRAHAM** had not interviewed S.B. about R.M.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

A TRUE BILL

FOREPERSON

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA