# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

June 12, 2008

Clerk of Court
District of Columbia
1225 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**

**JUN 1 6 2008**

Clerk, U.S. District and
Bankruptcy Courts

RE:  United States of America v. George Abraham
     NDGA Case No.: 1:08-mj-639
     Your Case No.: 08-165 C KK

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on June 9, 2008. Please find enclosed original documents of said proceedings, the original bond papers and a certified copy of our docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                    By:     s/ Belqyis Evans
                              Deputy Clerk

Enclosures

| | |
|---|---|
| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT |
| REMOVALS (RULE 40) | DATE: 6/9/08 @ 2:53 |
| | TAPE: 0870 @ 7/25 |
| | TIME IN COURT: 12 mins |

MAGISTRATE E. CLAYTON SCOFIELD III, PRESIDING
ANGELA SMITH DEPUTY CLERK

| | |
|---|---|
| CASE NUMBER 1:08-mj-639 | DEFENDANT'S NAME George Abraham |
| AUSA Mary Roemer | DEFENDANT'S ATTY Buddy Parker |
| USPO Patrick L | Type Counsel (circle) (Retained) CJA FDP |

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
___ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

✓ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
___ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____.
___ Removal hearing HELD.
___ Order finding Probable Cause. Defendant held to District Court for removal to other district.
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
___ Order defendant removed to other district. Commitment issued _____
___ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

___ Government Motion for DETENTION filed.
✓ Bond/Pretrial DETENTION hearing held.
___ Pretrial detention hearing set for _____. (___ In charging district)
___ (___VERBAL) Motion to reduce bond GRANTED.
___ (___VERBAL) Motion to reduce bond DENIED.
~~___ Pretrial DETENTION ORDERED. (Written order to follow ____).~~
✓ BOND SET at $ 10,000.00 _____.
 ✓ NON-SURETY
 ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
 ___ Combination: _____
___ SPECIAL CONDITIONS: _____

✓ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

___ SEE BACK

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

__GEORGE ABRAHAM__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:08-MJ-639

CHARGING DISTRICTS CASE NUMBER: 08-165

I understand that charges are pending in the _____ District of __Columbia__ alleging violation of __18:1001__ and that I have ~~been arrested~~ Surrendered in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)  Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

06/09/08
Date

_____
Defense Counsel

AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN 0 9 2008
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

George Abraham
Defendant

## APPEARANCE BOND

CASE NUMBER: 1:08-mJ-639

Non-surey: I, the undersigned defendant acknowledge that I and my . . .
~~Surety:~~ We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 10,000.00 , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant   George Abraham   .
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  6/9/08  at  75 Spring St SW Atlanta, Ga. 30303  .
Date                              Place

Defendant. _A. A. Ab_____  Address _____

Surety. _____  Address. _____

Surety. _____  Address. _____

Signed and acknowledged before me on  6/9/08 
Date

_Angela L. Sumett_
Judicial Officer/Clerk

Approved: _E. Cannon_
Judicial Officer

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                                                                   Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

United States of America

V.

__George Abraham__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 1:08-mj-639

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                                                 Place
_____ on _____
                                                                     Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
__Ten thousand dollars a/no__ dollars ($ __10,000.00__ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B   (Rev. 5/99) Additional Conditions of Release                                             Page 2 of 3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____      _____
        Custodian or Proxy                     Date

(✓) (7) The defendant shall:
  (✓) (a) report to the  U.S. PRETRIAL SERVICES ,
          telephone number  (404) 215-1950 , not later than  IMMEDIATELY .
  (✓) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
          $10,000
  ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
          _____ .
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
  (✓) (e) maintain or actively seek employment.
  ( ) (f) maintain or commence an education program.
  (✓) (g) surrender any passport to:  U.S. PRETRIAL SERVICES
  (✓) (h) obtain no passport.
  (✓) (i) abide by the following restrictions on personal association, place of abode, or travel:
          reside at address below and DO NOT change address without permission of Court
  ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

  ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:

  ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):

  ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  (✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  (✓) (o) refrain from ( ) any (✓) excessive use of alcohol.
  ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
      ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
      ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  ( ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (✓) (v) My release is to be supervised by the U.S. Pretrial services Office and I shall follow the instructions of my superervising officer. Any proposed travel outside the Northern District of Georgia shall be approved by the Pretrial services Office BEFORE leaving the district.
  ( ) (w)
            *except to go to District of Columbia for*
            *court or defense purposes,*
  ( ) (x)   *which shall be allowed*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C  (Rev.12/03) Advice of Penalties...                                    Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                     Telephone

### Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: __6/9/08__                          _E. Clay Scof___
                                          Signature of Judge

                                          __E. Clayton Scofield III, U.S. Magistrate Judge__
                                          Name and Title of Judge

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:08-mj-00639-ECS All Defendants
### Internal Use Only

Case title: USA v. Abraham  
Other court case number: 08-165 District of Columbia

Date Filed: 06/09/2008  
Date Terminated: 06/09/2008

Assigned to: Magistrate Judge E. Clayton Scofield, III

**Defendant (1)**

**George Abraham**  
*TERMINATED: 06/09/2008*

represented by **George Abraham**

PRO SE

**Wilmer Parker, III**  
Maloy & Jenkins  
75 Fourteenth Street, N.W.  
25th Floor  
Atlanta, GA 30309  
404-875-2700  
Fax: 404-875-8757  
Email: parker@mjplawyers.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1001 - STATEMENTS OR
ENTRIES GENERALLY (MAKING
FALSE STATEMENTS)

**Disposition**

**Plaintiff**

USA                      represented by    **Mary Christine Roemer**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: mary.roemer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2008 |  | Arrest (Rule 40) of George Abraham. (bse) (Entered: 06/12/2008) |
| 06/09/2008 | 1 | Minute Entry for proceedings held before Magistrate Judge E. Clayton Scofield, III: Initial Appearance in Rule 5(c)(3) Proceedings and Bond Hearing as to George Abraham held on 6/9/2008. Defendant waives removal hearing (as to identity only). Waiver filed. Non-Surety Bond set at $10,000. Bond filed. Defendant released. (Attachments: # 1 Indictment). (Tape #ECS 08-10 @ 7125). (bse) (Entered: 06/12/2008) |
| 06/09/2008 | 2 | WAIVER of Rule 40 Hearings by George Abraham. (bse) (Entered: 06/12/2008) |
| 06/09/2008 | 3 | Non-Surety Bond on Rule 5(c)(3) entered as to George Abraham in amount of $10,000. (bse) (Entered: 06/12/2008) |
| 06/09/2008 | 4 | ORDER Setting Conditions of Release as to George Abraham. Signed by Magistrate Judge E. Clayton Scofield, III on 6/9/08. (bse) (Entered: 06/12/2008) |
| 06/09/2008 |  | Magistrate Case Closed. Defendant George Abraham terminated. (bse) (Entered: 06/12/2008) |
| 06/12/2008 | 5 | Transmittal of Rule 5(c)(3) Documents as to George Abraham, sent to District of Columbia via certified mail, rrr. Original case file with Bond and certified copy of docket sheet. (bse) (Entered: 06/12/2008) |