NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

**FILED**

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                              Criminal Number  1:08-CR-165-CKK

George A. Abraham
        (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
            (Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Wilmer Parker, Bar #563550 GA
        (Attorney & Bar ID Number)

Maloy Jenkins Parker
        (Firm Name)

75 Spring Street, 25th Floor
        (Street Address)

Atlanta        Georgia        30309
(City)         (State)        (Zip)

404.875.2700
        (Telephone Number)