IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | 1:08-CR-165-CKK |
| GEORGE ABRAHAM, | ) | |
| | ) | **FILED** |
| Defendant | ) | JUN 2 6 2008 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR *PRO HAC VICIE* ADMISSION
## PURSUANT TO LCrR 44.1 (d)

Undersigned counsel, Justin A. Thornton, respectfully requests the Court, pursuant to LCrR 44.1 (d), to admit *pro hac vicie* Wilmer ("Buddy") Parker of Maloy Jenkins Parker in Atlanta, Georgia, as counsel for defendant George Abraham. The undersigned has known Mr. Parker personally and professionally for approximately thirty years and is informed that Mr. Parker, a former federal prosecutor, is a member in good standing of the following bars: the Supreme Court of the United States, admitted 2004; Alabama bar, admitted 1975; Georgia and Florida bars, admitted 1976; U.S. District Court, Northern District of Georgia, admitted 1976; U.S. District Court, Middle District of Georgia, admitted 1997; U.S. Court of Appeals, Eleventh Circuit, admitted 1983; U.S. Court of Appeals, Fourth Circuit, admitted1999. Further, on information and belief, Mr. Parker has not been admitted to this Court *pro hac vicie* in the past two years.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully requests that the Court grant this Motion for *Pro Hac Vicie* Admission Pursuant to LCrR 44.1 (d) and admit Wilmer ("Buddy") Parker of Maloy Jenkins Parker, in Atlanta, Georgia as lead counsel for Defendant in this matter. A proposed Order is attached to this Motion as Exhibit A, as well as Mr. Parker's Certificate of Good Standing as Exhibit B.

Respectfully submitted this 26th day of June, 2008.

_____
JUSTIN A. THORNTON
DC Bar No. 247254
LAW OFFICES OF JUSTIN THORNTON
1615 L Street, N.W., Suite 650
Washington, DC 20036
202.626.8224, phone
202.478.0427, fax
jat@thorntonlaw.com

_____
WILMER PARKER
Georgia Bar No. 563550
MALOY JENKINS PARKER
75 Fourteenth Street
Suite 2500
Atlanta, GA 30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com

**EXHIBIT A**

Case 1:08-cr-00165-CKK    Document 7    Filed 06/26/2008    Page 3 of 5

**EXHIBIT B**

Case 1:08-cr-00165-CKK    Document 7    Filed 06/26/2008    Page 4 of 5



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**              }
                                          } ss.
**NORTHERN DISTRICT OF GEORGIA**          }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **WILMER PARKER, 563550,** was duly admitted to practice in said Court on September 30, 1976 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of June, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

