IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | 1:08-CR-165 (CKK) |
| GEORGE ABRAHAM, | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

This matter coming before the Court on Motion for *Pro Hac Vicie* Admission Pursuant to LCrR 44.1 (d) and, it appearing that sufficient reason exists for the granting thereof, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** this 26th day of June, 2008 that attorney Wilmer ("Buddy") Parker of Maloy Jenkins Parker, in Atlanta, Georgia, is admitted as lead counsel for the Defendant in this matter, *Contingent upon certification that Mr. Parker is familiar with the Local Rules*

_____
United States District Judge