AO83 (Rev. DC 4/2007) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

GEORGE A. ABRAHAM

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 08-165 (CKK)

**DOB:**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States District Court<br>333 Constitution Ave., NW<br>Washington, DC 20001 | Courtroom No.<br>28A |
|---|---|---|
| | | Date and Time<br>June 26, 2008 |
| Before: | Judge Colleen Kollar-Kotelly | |

To answer a(n)
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of:

18 USC 1001 Making a False Statement

RECEIVED 2008 JUN 12 P 1:04 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

NANCY M. MAYER-WHITTINGTON, Clerk

by: _____
Signature of Issuing Officer

Deputy Clerk

June 11, 2008
Date

AO83 (Rev. DC 4/2007) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]    Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

**FILED**

**JUN 19 2008**

Clerk, U.S. District and
~~Bankruptcy Courts~~

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/19/08 @ 1926
              Date

Name of United States Marshal

_J__ D___
(by) Deputy United States Marshal

Remarks:  Subject stated he had already received summons in mail. Subject was given the summons on the date & time listed.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Serve:

GEORGE A. ABRAHAM