UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 08-165 (CKK) |
| : | |
| GEORGE A. ABRAHAM, : | |
| Defendant. : | |

## MOTION FOR DISCOVERY

Defendant George A. Abraham through counsel moves this Court to direct the Government to produce as part of the discovery *all* SF-86's (Questionnaires for National Security Positions) which relate to the charges contained within the Indictment.[1] In support of his motion, the Defendant states the following.

1. To date, the Government has produced some SF-86's which are represented to relate to Counts 2-5 of the Indictment. The Government asserts that these documents were "from your client's [Defendant Abraham] notes files for the investigations [of the federal job applicants]." The Government further stated "[w]e are producing these SF-86's because they were found in your client's notes files and contain handwritten notations which may or may not have been made by your client." (Letter dated July 25, 2008 by AUSA Chubin Epstein and AUSA

---

[1] The SF-86 and/or SF-85 are U.S. Government Forms which applicants for positions in the Government complete and submit in order to obtain security clearances. For purposes of this motion, reference will be made to SF-86, although it may in fact be an SF-85 which was prepared by an applicant. The Defendant seeks whichever one was used.

Zeno to Buddy Parker). As to the Government's refusal to produce the SF-86's relating to the remaining Counts in the Indictment, it stated "[i]t is our position that copies of SF-86's other than from your client's notes files are not relevant and need not be produced." *Id.*

2. Defendant Abraham for all relevant times to the charges herein was an independent contractor who conducted background investigations for federal job applicants, some of whom needed security clearances which required the applicant's submission of an SF-86. The information contained within any particular SF-86 is finite. That is to say by way of example an applicant would identify his/her educational background (schools, degrees, etc.), but not the names of former professors. It would be incumbent on Defendant Abraham to take a copy of the SF-86 and follow leads identified therein to perform and complete his assigned tasks.

3. Defendant Abraham and his wife, Robyn Abraham, were both involved in conducting background investigations for the United States Office of Personnel Management (OPM) as independent contractors working through Kroll Government Services, Inc. (Kroll) of Loveland, Colorado; ManTech MSM Security Services, Inc. (MMSM) of Lanham, Maryland and Systems Applications & Technologies, Inc. (SA-TECH) of Largo, Maryland. Each had themselves various security clearances and Government credentials.

4. On July 25, 2006, OPM Special Agents Christopher Gleason and Derek Holt personally appeared at the residence of Robyn and George Abraham located in a suburb north of Atlanta, Georgia. The agents voluntarily obtained *all* of the files that Defendant Abraham and Robyn Abraham had in their possession. (Exhibit A). On information and belief, it is these files that the Government referenced when it used the words "client's notes files", *supra*, ¶ 1, although it is unclear whether the reference was limited solely to those files obtained from Defendant Abraham or from both Defendant Abraham and Robyn Abraham.

5. All SF-86's relevant to all Counts in the Indictment are relevant to this case, regardless of whether Defendant Abraham's handwriting is on them or not. Before he knew what the nature and/or scope of his investigative assignment(s) were, he had to receive and work from a particular SF-86. A comparison of the limited information derived from the SF-86 as contrasted to the alleged false Reports of Investigations (ROI's) which form the basis for the charges in the Indictment may or may not shed light on whether the alleged falsehood in any particular Count is a *material* matter, an element of the offense. The Government's unwillingness to provide all the SF-86's when it is providing some of the SF-86's (Counts 2-5), not only is incongruous, but also petty. The issue is not whether these documents should be admitted at trial. The issue is whether the SF-86's can assist the Defendant in his defense and therefore constitute *Brady*

materials. *See Brady v. Maryland*, 373 U.S. 83 (1963). Defendant Abraham on information and belief recalls all SF-86's being in the files taken by OPM. Maybe he is mistaken, but whether he is or is not, the Government should produce all SF-86's relevant to the charges in the Indictment as moved herein.

Respectfully submitted this 31st day of July, 2008.

<u>**/s/ Wilmer Parker, Esq.**</u>
WILMER PARKER
ADMITTED PRO HAC VICE
Georgia Bar No. 563550
MALOY JENKINS PARKER
75 Fourteenth Street
Suite 2500
Atlanta, GA 30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com

**OF COUNSEL:**

JUSTIN A. THORNTON
DC Bar No. 247254
LAW OFFICES OF JUSTIN THORNTON
1615 L Street, N.W., Suite 650
Washington, DC 20036
202.626.8224, phone
202.478.0427, fax
jat@thorntonlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Crim. No. 08-165 (CKK)** |
| **GEORGE A. ABRAHAM,** : | |
| **Defendant.** : | |

## ORDER

The Court having received and reviewed Defendant Abraham's Motion For Discovery and the Government's Opposition finds that the motion should be _____.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

Order prepared by
Wilmer Parker
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 31st day of July 2008, the undersigned electronically filed the foregoing MOTION FOR DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**AUSA Ellen Chubin Epstein**
ellen.chubin@usdoj.gov

**AUSA Thomas Zeno**
thomas.zeno@usdoj.gov

/s/ **Wilmer Parker, Esq.**
WILMER PARKER
ADMITTED PRO HAC VICE
Georgia Bar No. 563550
MALOY JENKINS PARKER
75 Fourteenth Street
Suite 2500
Atlanta, GA 30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com

**EXHIBIT A**



**United States Office of Personnel Management**

OFFICE OF INSPECTOR GENERAL

AFFIDAVIT

City: _____        Date: 7/25/06

State: _____        Time: _____

I Chris Gleason , being duly sworn, ~~deposes and states~~ have received the following from Robyn Abraham

1. Robyn Abraham's OPM credentials
2. Eighty four case files w/notes (Kroll)
3. Four empty yellow envelopes
4. Investigators handbook
5. KGS workbook KSGWB-05061
6. PRSI Guide PRSI-05-061

SA Chris Gleason
7/25/06  RoLL
SA

Case Number: _____    Page ___ of ___    Deponent's initials ___



**United States Office of Personnel Management**

**OFFICE OF INSPECTOR GENERAL**

## AFFIDAVIT

City: _____   Date: 7/25/06

State: _____   Time: _____

I Chris Gleason, being duly sworn, ~~deposes and states~~ received the following from George Abraham:

1. Eighty five case files w/notes (Kroll)
2. KGS workbook EIT WB-04-0037
3. PRSI Ref. guide - PRSI-04-0047
4. Stack of contact cards

SA Chris Gleason
G. A. A_____ 07-25-06
SA _____

Case Number: _____   Page ___ of ___   Deponent's initials ___



**United States Office of Personnel Management**

OFFICE OF INSPECTOR GENERAL

### AFFIDAVIT

City: _____          Date: 7/25/06

State: _____          Time: _____

I Chris Gleason, being duly sworn, ~~deposes and states~~ received the following from George Abraham and Robyn Abraham;

1. Twenty two casefiles from Mantech. (with notes)

SA Chris Gle— 7/25/
RLA 7/25/06
J.A A— 7-25-06

SA _____

RLA

Case Number: _____   Page ___ of ___   Deponent's initials ___



Cell -202-373-4115

United States of America
Office of Personnel Management
Office of the Inspector General

**CHRISTOPHER GLEASON**
SPECIAL AGENT

SA Derek Holt

1900 E Street, NW
Suite 6400
Washington, DC 20415-1100

(202) 606-9504
Fax: (202) 606-0127
christopher.gleason@opm.gov



United States of America
Office of Personnel Management
Office of the Inspector General

**DEREK M. HOLT**
SPECIAL AGENT

1900 E Street, NW
Suite 6400
Washington, DC 20415

(202) 606-2357
Fax: (202) 606-0127
Derek.Holt@opm.gov