UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-165 (CKK) |
| | : | |
| **GEORGE A. ABRAHAM,** | : | |
| Defendant. | : | |

**GOVERNMENT'S ERRATA TO ITS MOTION TO INTRODUCE EVIDENCE OF DEFENDANT'S OTHER CRIMES AND BAD ACTS**

The government hereby files this errata to its Motion to Introduce Evidence of Defendant's Other Crimes and Bad Acts. In support of this pleading, the government respectfully submits:

With its Motion to Introduce Evidence of Defendant's Other Crimes and Bad Acts, filed on July 31, 2008 (PACER Document #12), the government filed several exhibits. The government attached the wrong document as Exhibit 2 to the motion (PACER Document #12-3). The government wishes to correct this. Specifically, the government wishes to substitute the one-page document attached hereto and have the clerk seal the three-page document that was incorrectly attached as Document #12-3.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney


　　　／s／_____
Ellen Chubin Epstein, DC Bar 442861
Thomas E. Zeno
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov



Certificate of Service

　　　I hereby certify that on August 4, 2008, a copy of this pleading was served by electronic mail upon Buddy Parker, Esq.


　　　／s／_____
Ellen Chubin Epstein
Assistant United States Attorney

```
TO: SATG039 - RUPERTE HAMILTON           DISTRIBUTION: @SATFSO
FROM: DEPJ814 - MARISA SCHOOLEY          MAIL CREATED: 07/06/06 AT 08:18
SUBJECT: SUSPENSION
```

THE FOLLOWING INDIVIDUAL HAS BEEN SUSPENDED FROM WORKING ON THE OPM CONTRACT UNTIL FURTHER NOTICE:

GEORGE ABRAHAM ███████████

***** END OF MESSAGE *****

1