UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Crim. No. 08-165 (CKK) |
| GEORGE A. ABRAHAM, | : |
| Defendant. | : |

**DEFENDANT ABRAHAM'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE OF DEFENDANT'S OTHER CRIMES AND BAD ACTS**

The Defendant, by and through undersigned counsel, submits this response to the "Government's Motion To Introduce Evidence Of Defendant's Other Crimes and Bad Acts." [Doc. 12].

If, as defense counsel believes, the Government's so-called 404(b) motion is really a statement of the Government's intent to possibly use certain evidence seeking *at trial* its admission under Fed.R.Evid. 404(b), than this "motion" is really a statement of "notice" of the Government's intentions. Even if defense counsel is in error as to his belief, the Defendant requests the Court to defer ruling on this "motion" until trial. At that time, the Court should be in a far better position to recognize whether any such 404(b) evidence is relevant or not. At the present time, the Defendant opposes and objects to any pre-trial "admission" of evidence, 404(b) type or otherwise.

Accordingly, Defendant Abraham opposes the Court granting the Government's "motion" as the so-called *introduction* of 404(b) evidence is premature.

Respectfully submitted this 7th day of August, 2008.

<u>**/s/ Wilmer Parker, Esq.**</u>
WILMER PARKER
ADMITTED PRO HAC VICE
Georgia Bar No. 563550
MALOY JENKINS PARKER
75 Fourteenth Street
Suite 2500
Atlanta, GA  30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com

**OF COUNSEL:**

JUSTIN A. THORNTON
DC Bar No. 247254
LAW OFFICES OF JUSTIN THORNTON
1615 L Street, N.W., Suite 650
Washington, DC  20036
202.626.8224, phone
202.478.0427, fax
jat@thorntonlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 7th day of August 2008, the undersigned electronically filed the foregoing DEFENDANT'S RESPONSE IN OPPOSITION TO GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE OF DEFENDANT'S OTHER CRIMES AND BAD ACTS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**AUSA Ellen Chubin Epstein**
**ellen.chubin@usdoj.gov**

**AUSA Thomas Zeno**
**thomas.zeno@usdoj.gov**

**/s/ Wilmer Parker, Esq.**
WILMER PARKER
ADMITTED PRO HAC VICE
Georgia Bar No. 563550
MALOY JENKINS PARKER
75 Fourteenth Street
Suite 2500
Atlanta, GA  30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com