UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-165 (CKK) |
| | : | |
| **GEORGE A. ABRAHAM,** | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION
FOR EXTENSION OF TIME TO REPLY
TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE*
PRECLUDING PRIOR "GOOD ACTS" EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the date for its Reply be extended until August 22, 2008. In support of its motion, the government presents as follows.

The defendant filed his Opposition on August 7, 2008.

The government's Reply would be due August 14, 2008. Because of the vacation schedules of government counsel, it will be very difficult for the government to file its reply on that date.

The next status hearing in this matter is not scheduled until August 27, 2008.

Counsel for the defendant does not object to this motion for extension of time to reply.

WHEREFORE, the government respectfully requests that the Court grant this Motion. A proposed order is attached.

Respectfully submitted,
Jeffrey A. Taylor
United States Attorney


_____
Ellen Chubin Epstein, DC Bar 442861
Thomas E. Zeno, DC Bar 348623
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Fifth Floor
Washington, DC 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov
(202) 514-6957
Thomas.Zeno@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-165 (CKK) |
| | : | |
| **GEORGE A. ABRAHAM,** | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court upon the Government's Motion For Extension of Time to Reply to Defendant's Opposition to Government's Motion *In Limine* Precluding Prior "Good Acts" Evidence. The defendant does not object to the extension of time. For good cause shown and based upon the record in the case,

IT IS ORDERED that the government's motion is granted; and

IT IS FURTHER ORDERED that the government's reply is due August 22, 2008.

Signed this _____ day of August, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge