UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-165 (CKK) |
| | : | |
| **GEORGE A. ABRAHAM,** | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to Defendant's Motion for Discovery. In response to defendant's motion, the government respectfully submits that the parties conferred by telephone on August 8, 2008, are currently in negotiations regarding the subject of defendant's motion, and are optimistic that they can resolve the issue raised in defendant's motion without intervention by the Court. The parties will notify the Court by August 22, 2008, if Court action is needed.

Respectfully submitted,
Jeffrey A. Taylor
United States Attorney

\_\_\_\_/s/_____
Ellen Chubin Epstein, DC Bar 442861
Thomas E. Zeno, DC Bar 348623
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, DC 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov
(202) 514-6957
Thomas.Zeno@usdoj.gov