UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 08-165 (CKK) |
| | : | |
| **GEORGE A. ABRAHAM,** | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF RESOLUTION REGARDING DEFENDANT'S MOTION FOR DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice of resolution regarding Defendant's Motion for Discovery. The government previously informed the Court that the parties were in negotiations regarding the subject of defendant's motion and would notify the Court by August 22, 2008, if its intervention was needed. The government hereby reports that the parties conferred by telephone on August 22, 2008, and the issue raised in defendant's motion has been resolved.

Respectfully submitted,
Jeffrey A. Taylor
United States Attorney

_____/s/_____
Ellen Chubin Epstein, DC Bar 442861
Thomas E. Zeno, DC Bar 348623
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, DC 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov
(202) 514-6957
Thomas.Zeno@usdoj.gov